and *Messrs. Whitney North Seymour, John MacC. Hudson, J. P. Jackson,* and *Erwin N. Griswold* for respondent.

No. 606. STILLWELL THEATRE, INC. *v.* KAPLAN;
No. 607. ROSEKAY AMUSEMENT CORP. *v.* SAME; and
No. 608. WINDSOR CIRCUIT CORP. *v.* SAME. February 13, 1933. Petition for writs of certiorari to the Supreme Court of New York denied. *Mr. David P. Siegel* for petitioners. No appearance for respondent.

No. 610. DOBRA *v.* LINDSEY, U. S. IMMIGRATION INSPECTOR. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John L. Darrouzet* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *Wm. H. Riley, Jr.,* for respondent.

No. 612. INDUSTRIAL COMMISSION ET AL. *v.* ILLINOIS CENTRAL R. Co. February 13, 1933. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Edwin W. Sims* for petitioners. *Messrs. R. V. Fletcher* and *Edward C. Craig* for respondent.

No. 622. NEELY *v.* STACY ET AL. February 13, 1933. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. M. Casewell Heine* and *George Gordon Battle* for petitioner. *Mr.*